UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-219-RJC-DCK

| | |
|---|---|
| DORIS REDDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MICHAEL ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant Michael Astrue's ("Commissioner") Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). (Doc. No. 16). In his motion, the Commissioner concedes that remand is appropriate and requests that this Court remand to the Social Security Administration for payment of benefits. (Id.). The Commissioner represents that upon remand the Administration's Appeals Council will issue a favorable decision, finding Plaintiff "disabled" beginning August 15, 2006. (Id.) Plaintiff Doris Redden's counsel assents to the motion. (Id.).

**IT IS, THEREFORE, ORDERED** that:

1. The Commissioner's Motion to Remand, (Doc. No. 16), is **GRANTED**;

2. Plaintiff Doris Redden's Motion for Summary Judgment, (Doc. No. 11), is **DISMISSED as moot**; and

3. This case is remanded to the Social Security Administration for proceedings consistent with the Commissioner's representations to this Court.

Signed: January 5, 2012

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
Chief United States District Judge