# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Doris Redden ,

                Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                        3:11-cv-219

Michael J. Astrue,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 5, 2012 Order.

                Signed: January 5, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court