# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Doris Redden ,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                             3:11-cv-219

Michael J. Astrue,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 5, 2012 Order.

                                              Signed: January 5, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court